UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DEVON ENERGY PRODUCTION COMPANY, L.P.**          **CIVIL ACTION**

**VERSUS**

**SAMSON EXPLORATION, LLC**          **NO.:16-00437-BAJ-RLB**

<u>ORDER AND RULING</u>

    **IT IS ORDERED** that the **Ex Parte Motion to Substitute Exhibit (Doc. 6)** is **GRANTED**.

    **IT IS FURTHER ORDERED** that the Clerk of Court **SUBSTITUTE** Document 5-4 with Document 6-1.

    Baton Rouge, Louisiana, this <u>4th</u> day of August, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**