UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DEVON ENERGY PRODUCTION COMPANY, L.P.**               **CIVIL ACTION**

**VERSUS**

**SAMSON EXPLORATION, LLC**               **NO.:16-00437-BAJ-RLB**

## ORDER AND RULING

**IT IS ORDERED** that the **Motion to Suspend Briefing Schedule (Doc. 8)** is **GRANTED**.

**IT IS FURTHER ORDERED** that the briefing schedule for the pending Motion to Dismiss or, in the Alternative, Motion to Stay (Doc. 5) shall be suspended until the Court rules on the pending Motion to Remand (Doc. 4). If this action is not remanded, the responsive briefs to the Motion to Dismiss or, in the Alternative, Motion to Stay (Doc. 5) shall be **due 21 days** after the Court rules on the Motion to Remand (Doc. 4).

Baton Rouge, Louisiana, this <u>4th</u> day of August, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**